IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANDREA BROUSSARD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.** |
| vs. | § | **4:07-cv-02394** |
| | § | |
| | § | |
| **TRANS UNION LLC, ET AL** | § | |
| | § | |
| **Defendants** | § | |

## FIRST NATIONAL BANK OF OMAHA U.B.'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

In compliance with the requirements of Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant First National Bank of Omaha U.B. ("FNB Omaha U.B.") files the following Corporate Disclosure Statement.

**Defendant First National Bank of Omaha U.B.** FNB Omaha U.B. is a wholly owned subsidiary of First National Nebraska, Inc., a publicly traded corporation headquartered in Nebraska. First National Nebraska, Inc. owns 100% of Defendant's outstanding stock.

Respectfully Submitted,

BY: /s/ *Ken McGuire*
Kenneth W. McGuire
Federal Admission No. 21917
State Bar No. 00798361
2603 Augusta Drive, Suite 920
Houston, TX 77057
(713) 223-1558
(713) 335-3340 (telecopy)

ATTORNEY-IN-CHARGE FOR
DEFENDANT FNB OMAHA U.B.

## CERTIFICATE OF SERVICE

I, Kenneth McGuire, Esq., do hereby certify that on this   October 12th  , 2007, a copy of Defendant's Corporate Disclosure Statement was served by ECF service to all counsel of record, and via first-class mail, postage prepaid, to:

Andrea Broussard            via CMRRR
449 Mystic Trail Loop
Kingwood, TX 77339
    Plaintiff *pro se*

/s/ *Ken McGuire*
KENNETH W. McGUIRE